NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAEZE NWOSU,**

*Plaintiff-Appellant*

**v.**

**HEWLETT PACKARD ENTERPRISE CO.,**

*Defendant-Appellee*

---

2025-2035

---

Appeal from the United States District Court for the Central District of California in No. 2:24-cv-09064-JFW-SSC, Judge John F. Walter.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Following this court's September 12, 2025 order directing the parties to address this court's jurisdiction, Adaeze Nwosu argues against dismissal.  Hewlett Packard Enterprise Co. did not respond.  We dismiss the appeal.

Ms. Nwosu filed a "Notice of Transfer of Venue/Notice of Removal" with the United States District Court for the

Central District of California, seeking to transfer a case she had filed in another federal district court involving allegations of fraud, antitrust violations, and unfair business practices.[1]  The district court struck the notice as frivolous and closed the case.  Ms. Nwosu appealed to the United States Court of Appeals for the Ninth Circuit, which dismissed her appeal for failure to prosecute.  Ms. Nwosu then filed a letter with the district court seeking to reopen her appeal, and the court struck the filing for failing to comply with the local rules.  Ms. Nwosu appeals to this court and moves for summary reversal of the district court's and the Ninth Circuit's decisions.

This court does not have jurisdiction over the decisions of the regional circuits, *see* 28 U.S.C. § 1295, and, in general, this court only has jurisdiction to review a final decision in district court cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2).  Ms. Nwosu's case does not fall into any of these categories, such that we dismiss her appeal for lack of jurisdiction.

Accordingly,

---

[1]    *See Nwosu v. Hewlett Packard Enter. Co.*, No. 1:24-cv-64 (D.D.C.).

NWOSU v. HEWLETT PACKARD ENTERPRISE CO.                    3

IT IS ORDERED THAT:

(1) The appeal is dismissed for lack of jurisdiction.

(2) Each party shall bear its own costs.

(3) All pending motions are denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 28, 2025
Date